UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-029-E

No. 24-1548

NEWBORN BROS. CO., INC.

v.

ALBION ENGINEERING COMPANY,
Appellant

(D.N.J. No. 1-12-cv-02999)

Present: HARDIMAN and SHWARTZ, Circuit Judges

1. Albion Engineering Company Expedited Motion to Stay Injunction Pending Appeal.

2. Response on behalf of Appellee Newborn Bros. Co. Inc.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing Albion Engineering Company expedited motion to stay injunction pending appeal is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: June 14, 2024
Tmm/cc: All Counsel of Record